```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THE PRUDENTIAL INSURANCE       :        CIVIL ACTION
COMPANY OF AMERICA             :
                               :
         v.                    :
                               :
ESTATE OF LOUIS DESIMONE,      :
et al.                         :        NO. 11-5063
```

ORDER

      AND NOW, this 25th day of October, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

      (1)  the motion of plaintiff The Prudential Insurance Company of America for attorneys' fees and costs is GRANTED in part and denied in part; and

      (2)  The Prudential Insurance Company of America is awarded attorneys' fees and costs in the amount of $32,285.13 to be deducted pro rata from the benefits provided by the four funds in issue.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                                J.